**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00804-REB-KLM

ASPEN CLUB INTERNATIONAL, LLC, a Colorado limited liability company,

Plaintiff,

v.

ASPEN ATHLETIC CLUB, LLC, a New York limited liability company, and
ASPEN ATHLETIC CLUB OF HEATH LLC, an Ohio limited liability company,

Defendants.

# ORDER

**Blackburn, J.**

The matter is before the court on the **Notice of Stipulation to Transfer Venue** [#16][1] filed June 30, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be transferred to the United States District Court for the Northern District of New York.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Stipulation to Transfer Venue** [#16] filed June 30, 2014, is **APPROVED**; and

2. That this action is **TRANSFERRED** to the United States District Court for the

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Northern District of New York.

Dated July 7, 2014, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge